*In re* E. BEMENT'S SONS.

APPEAL OF MICHIGAN SAVINGS BANK.

CORPORATIONS—INSOLVENCY—RECEIVERS—DIVIDENDS—INTEREST—
    COLLATERAL SECURITY.
      This case, involving the right of a creditor of an insolvent cor-
      poration holding collateral security to receive interest on his
      claim after the date fixed for proving claims, follows the
      *Appeal of State Bank of Michigan*, ante, 530, presenting
      similar facts.

Appeal from Ingham; Wiest, J. Submitted October
24, 1907. (Docket No. 14.) Decided December 30,
1907.

Petition by the board of directors of E. Bement's Sons
for the voluntary dissolution of said corporation: On peti-
tion of the Detroit Trust Company, receiver, a reference
to a commissioner was made. From an order overruling
exceptions to the report of the commissioner, the Michi-
gan Savings Bank appeals. Reversed.

*Wilkinson, Post & Oxtoby,* for appellant.
*Edward Cahill,* for appellee.

OSTRANDER, J. We agree with counsel for the re-
ceiver that the exceptions 8th and 9th, to the commissioner's
report, relied upon in this court, are to some extent argu-
mentative and in that respect are objectionable. The 9th
exception is, however, sufficiently specific to present the
theory relied upon by appellant and its application to the
case. The supplemental report of the commissioner ap-
parently determines the right of appellant to interest in
accordance with the rule stated in the matter of the *Ap-
peal of State Bank of Michigan* in the same proceeding.

All other questions presented are considered in the case referred to and are answered in favor of the appellant. An order may be entered in conformity with the opinion in that case. Appellant will recover costs of the appeal.

CARPENTER, GRANT, BLAIR, and HOOKER, JJ., concurred.